UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS MCGOUGHY,

Plaintiff,

v.

UNKNOWN PART(Y)(IES) #1, et al.,

Defendants.

Case No. 2:26-cv-42

Honorable Phillip J. Green

# JUDGMENT

In accordance with the opinion issued on this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: August 21, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge